No. 983, Misc. SASSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1009. IN RE TINDALL ET AL. Supreme Court of California. Certiorari denied. *Gregory S. Stout* for petitioners.

No. 1031. SILVERMAN, ADMINISTRATOR, *v.* CITY OF NEW YORK. Appellate Term, Supreme Court of New York, First Department. Certiorari denied. *Wilbur G. Silverman,* petitioner, *pro se. Leo A. Larkin* and *Seymour B. Quel* for respondent.

No. 1034. HOLSTENSSON ET AL. *v.* V-M CORPORATION. C. A. 6th Cir. Certiorari denied. *Donald J. Simpson* and *Robert G. Howlett* for petitioners. *John A. Dienner* and *Edward C. Grelle* for respondent.

No. 1044. EASTERN EXPRESS, INC., *v.* MACK WAREHOUSE CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Richard W. Galiher* for petitioner. *William J. Toy* and *Walter B. Gibbons* for respondents.

No. 1046. WEISS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Michael Juviler* for respondent.

No. 1047. MILLER & CO. OF BIRMINGHAM, INC., *v.* LOUISVILLE & NASHVILLE RAILROAD CO. C. A. 5th Cir. Certiorari denied. *James E. Clark* for petitioner. *James A. Simpson* and *Joseph L. Lenihan* for respondent.